# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ALTURA ST. MICHAEL EWERS,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 17-cv-00592-JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

This case was scheduled for a case management conference on May 19, 2017, at 11:00 a.m. Plaintiff did not appear for that hearing, and the Court continued the matter to June 9, 2017.

This is not the first time Plaintiff has failed to appear for a scheduled proceeding. On May 16, 2017, Plaintiff did not appear for a scheduled ADR teleconference. (*See* Dkt. No. 17.) Plaintiff also did not file a case management statement.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss this case for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Plaintiff's response to this Order to Show Cause shall be due by May 30, 2017. If Plaintiff fails to file a timely response by that date, the Court shall dismiss this case pursuant to Rule 41(b), and Plaintiff is hereby advised that such a dismissal will "operate[] as an adjudication on the merits." Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: May 19, 2017

_____
JEFFREY S. WHITE
United States District Judge